UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America, | Case: 4:22-mj-30114 |
| | Judge: Ivy, Curtis |
| Plaintiff, | Filed: 03-02-2022 |
| | REM USA V WINGET (kcm) |
| v. | |
| | Originating No. 22 MAG 1877 |
| Joseph Winget, | |
| | |
| Defendant. | |

### GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant Joseph Winget to answer to charges pending in another federal district, and states:

1. On March 2, 2022, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Southern District of New York. A complaint was issued for the defendant in that district. Count one of the complaint charges defendant with a violation of 18 U.S.C. §§ 1349 and 2, conspiracy to commit wire fraud. Count two of the complaint charges him with a violation of 18 U.S.C. § 1343 and 2, wire

1

fraud. Count three of the complaint charges him with a violation of 18 U.S.C. § 1028A(a)(1), 1028A(b) and 2, aggravated identity theft.

2. Federal Rule of Criminal Procedure 5 requires this Court to determine whether defendant is entitled to a preliminary examination and is the person named in the arrest warrant described in paragraph one above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney

s/JULES M. DePORRE
JULES M. DePORRE
Assistant United States Attorney
600 Church Street, Suite 200
Flint, MI 48502
Jules.DePorre@usdoj.gov
(810) 766-5177
P73999

Dated: March 2, 2022